[No. 23891-1-III. Division Three. March 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY S. JAMES, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 04-1-00458-3, Robert L. Zagelow, J., entered January 19, 2005. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 24163-7-III. Division Three. March 6, 2007.]

THE STATE OF WASHINGTON, *on the relation of Ginger Elizabeth Steele, Plaintiff*, v. GARY MICHAEL VINNEAU, *Respondent*, MARCELLA DENISE JENKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-5-00843-1, Salvatore F. Cozza, J., entered December 7, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kulik, JJ.

[No. 19517-1-III. Division Three. March 8, 2007.]

CASEY DALTON, *Individually and as Personal Representative*, ET AL., *Appellants*, v. THE STATE OF WASHINGTON ET AL., *Defendants*, CRAIG AMBROSON ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Asotin County, No. 05-7-00907-0, Donald W. Schacht, J., entered August 18, 2000. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.